1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Oscar Gonzalez de Llano
4  Special Assistant United States Attorney
           Social Security Administration
5          160 Spear Street, Suite 800
           San Francisco, CA 94105
6          Telephone: (510) 970-4818
           Email: Oscar.Gonzalez@ssa.gov
7  Attorneys for Defendant

8

9

10

11                 UNITED STATES DISTRICT COURT

12                 EASTERN DISTRICT OF CALIFORNIA

13

14  LAWRENCE WILLIAM THOMPSON,          No. 2:22-cv-00687-AC
    JR.,

15           Plaintiff,                 STIPULATED MOTION AND [PROPOSED]
                                        ORDER FOR AN EXTENSION OF TIME TO
16  v.                                  RESPOND TO PLAINTIFF'S OPENING
                                        BRIEF
17  KILOLO KIJAKAZI,
    Acting Commissioner of Social Security,
18
             Defendant.
19

20

21      IT IS HEREBY STIPULATED, by and between the parties through their respective

22  counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's

23  Opening Brief be extended thirty-two days (32) days from October 17, 2022, to November 18,

24  2022.  This is Defendant's first request for an extension.  Counsel for Plaintiff has no objection to

25  Defendant's request for an extension.

26      Good cause exists for this request.  Defendant respectfully requests this additional time

27  because Counsel for Defendant has and will be unable to devote the time required to complete its

28

Stipulated Motion for Extension of Time
                                        1

1    response.  Counsel for Defendant currently has five (5) merit briefs currently due in district court

2    cases in the next seven (7) days and fifteen (15) merit briefs in the next thirty (30) days. Given

3    this current workload and leave schedule an extension until November 18, 2022 should provide

4    an opportunity for the undersigned Counsel for Defendant to prioritize completing the response to

5    Plaintiff's Opening Brief.  Furthermore, a reassignment of this matter to another staff attorney is

6    currently not tenable given the high volume of cases that all of our limited staff (due to leave and

7    resignations) is handling.  Counsel apologizes to the Court for any inconvenience caused by this

8    delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

9

10                                                          Respectfully submitted,

11                                                          PHILLIP A. TALBERT
                                                            United States Attorney
12
     DATE: October 14, 2022            By:   *s/ Oscar Gonzalez de Llano*
13                                            OSCAR GONZALEZ DE LLANO
                                              Special Assistant United States Attorney
14                                            Attorneys for Defendant

15

16                                                          Respectfully submitted,

17                                                          Attorney for Plaintiff

18   DATE: October 14, 2022            By:   *s/ Stuart Barasch* *
                                              Stuart Barasch
19                                            Law Offices of Stuart Barasch
                                              (*as authorized by email)
20

21

22

23

24

25

26

27

28

                                                  2

ORDER

      Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 18, 2022, to respond to Plaintiff's Opening Brief.

DATED: October 17, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE