## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LAWRENCE WILLIAM THOMPSON, JR.,**

CASE NO: **2:22–CV–00687–AC**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/19/2023**

**Keith Holland**
Clerk of Court

ENTERED: **September 19, 2023**

by: /s/ O. Clemente Licea
Deputy Clerk